| | |
|---|---|
| 1 | Daniel D. Harshman, Esq. |
| 2 | Charles E. Wheeler, Esq. (SBN #82915)<br>COZEN O'CONNOR<br>425 California Street, Suite 2400 |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 617-6100 |
| 4 | Facsimile: (415) 617-6101<br>E-mail: dharshman@cozen.com |
| 5 | cwheeler@cozen.com |
| 6 | Attorneys for Defendant<br>PSI CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDLYWAY, AG, a German corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PSI CORPORATION, a Nevada corporation, f/k/a FRIENDLYWAY CORPORATION, f/k/a BIOFARM, IC., and DOES 1-20,<br><br>Defendants. | Case No. C 07 2990 MEJ<br><br>**STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>L.R. 6-1(a) |

IT IS HEREBY STIPULATED by and between the undersigned parties that:

1. Defendants filed a Notice of Removal on Friday, June 8, 2007 in the above captioned matter.

2. Pursuant to Rule 81 of the Federal Rules Civil Procedure, upon removal, a defendant shall answer or present other defenses or objections within 20 days after receipt through service of a copy of the initial pleading or within 5 days after the filing of the petition for removal, whichever period is longest. Defendants answer or other defenses or objections will become due on June 15, 2007.

///

///

///

---

1

STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT [L.R. 6-1(a)] - Case No. C 07 2990 MEJ

3. The parties hereto agree and stipulate that the time within which the Defendants may answer, present other defenses or objections is extended until Tuesday, June 19, 2007.

COZEN O'CONNOR

Dated: June 13, 2007

By: _____
Daniel D. Harshman, Esq.
Attorneys for Defendant PSI
CORPORATION

HELLER EHRMAN, LLP

Dated: June 13, 2007

By: _____
Laurence A. Weiss, Esq.
Attorneys for Plaintiff
friendlyway AG

SAN_FRANCISCO\41327\1  198844.000

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, California, in which county the within mentioned service occurred. My business address is Cozen O'Connor, 425 California Street, Suite 2400, California, CA 94104.

On the date set forth below, I served the foregoing document(s) on the parties, through their attorneys of record, addressed as set forth below:

**STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT L.R. 6-1(a)**

[ X ]   **(By First Class Mail)** I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in the United States mail at San Francisco, California.

[ ]   **(By Facsimile)** I caused each individual on the attached list to be served via facsimile to the numbers indicated on the attached Service List.

[ ]   **(By Personal Service)** I caused each such envelope, with courier charges prepaid, if applicable, to be personally delivered by messenger and/or in-house messenger to the offices of each addressee.

[ ]   **(By Federal Express/UPS)** I caused each such envelope, with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box at San Francisco, California for next business day delivery.

Lawrence A. Weiss
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: 650-324-7000
Facsimile: 650-324-0638
Email: Lawrence.weiss@hellerehrman.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed June 14, 2007, at San Francisco, California.

By: _____
Maria J. Uhl

CERTIFICATE OF SERVICE
CASE NO. C-07-2990 MEJ