LAURENCE A WEISS (Bar No. 164638)
RYAN D. MARSH (Bar No. 237259)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Laurence.Weiss@hellerehrman.com
Ryan.Marsh@hellerehrman.com

Attorneys for Plaintiff and Counterclaim Defendant
friendlyway AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIENDLYWAY AG,<br><br>        Plaintiff,<br><br>v.<br><br>PSI CORPORATION, et al.,<br><br>        Defendants. | Case No. 07-02990 MEJ<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT FRIENDLYWAY AG TO ANSWER, MOVE OR OTHERWISE RESPOND TO COUNTERCLAIM** |
| PSI CORPORATION,<br><br>        Counterclaimant,<br><br>v.<br><br>FRIENDLYWAY AG,<br><br>        Counterclaim Defendant. | |

WHEREAS plaintiff and counterclaim defendant friendlyway AG filed its Complaint in the Superior Court of the State of California in and for the County of San Francisco; and

WHEREAS defendant and counterclaimant PSI Corporation filed a Notice of Removal of that action to this court; and

WHEREAS defendant and counterclaimant PSI Corporation filed its Answer,

1

1 | Affirmative Defenses and Counterclaim on June 19, 2007, and on that date served
2 | friendlyway AG by mail and via the Court's ECF system; and
3 |     WHEREAS the parties have agreed to extend the time by which friendlyway AG
4 | shall answer, move or otherwise respond to the Counterclaim; and
5 |     WHEREAS the parties' agreement does not alter the date of any event or any
6 | deadline already fixed by Court order;
7 |     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
8 | that plaintiff and counterclaim defendant friendlyway AG shall have through and including
9 | August 21, 2007 to answer, move or otherwise respond to the Counterclaim.

DATED: July 11, 2007          HELLER EHRMAN LLP

                              By _____
                                 LAURENCE A. WEISS

                              Attorneys for Plaintiff and Counterclaim Defendant
                              friendlyway AG

DATED: July 11, 2007          COZEN O'CONNOR

                              By _____
                                 DANIEL D. HARSHMAN

                              Attorneys for Defendant and Counterclaimant
                              PSI Corporation

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT
FRIENDLYWAY AG TO RESPOND TO COUNTERCLAIM - CASE NO. 07-02990 MEJ