**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRIENDYWAY, AG,

    Plaintiff(s),

  vs.

PSI CORPORATION, et al.,

    Defendant(s).

No. C 07-2990 MEJ

**ORDER DIRECTING DEFENDANT PSI TO FILE CONSENT/DECLINATION FORM**

    Pending before the Court are the Defendant PSI's Applications for Admission of Attorney Pro Hac Vice. Upon review of the record in this action, the Court notes that PSI has not filed a written consent to Magistrate Judge James' jurisdiction or request for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

    You have the right to have your case assigned to a United States District Judge for trial and

1  disposition. Accordingly, PSI shall inform the Court whether it consents to Magistrate Judge James'
2  jurisdiction or requests reassignment to a United States District Judge for trial. A copy of both the
3  consent and declination forms may be obtained from the Northern District of California's website at
4  http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin,
5  then choose "Civil." PSI shall inform the Court as soon as possible, but no later than July 30, 2007.

**IT IS SO ORDERED.**

Dated: July 19, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge