```
1  David A Felice (DE 4090); PA (94639);
   AL (ASB-1232-D55F)
2  COZEN O'CONNOR
   1201 North Market Street
3  Wilmington, Delaware 19801
   Telephone: 302.295.2011
4  Facsimile: 866.776.8911
   Email: dfelice@cozen.com
5
   Attorneys for Defendant (pro hac vice)
6  PSI CORPORATION
7
```

FILED
07 JUL 18 AM 11:20

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDLYWAY, AG., a German corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PSI CORPORATION, A Nevada corporation f/k/a FRIENDLYWAY CORPORATION f/k/a BIOFARM, INC.; and DOES 1-20,<br><br>Defendants. | Case No.: 3:07-CV-02990-MEJ<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Pursuant to Civil L.R. 11-3, David A. Felice, an active member in good standing of the bars of the States of Delaware and Alabama and the Commonwealth of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing PSI Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
1

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Daniel D. Harshman (SBN 177139), Cozen O'Connor, 425 California Street, Suite 2400, San Francisco, California, 94104, (415) 617-6100.

DATED: June 25, 2007        COZEN O'CONNOR

By: /s/ David A. Felice
David A. Felice
Attorneys for Defendant (*pro hac vice*)
PSI CORPORATION

///
///

SAN_FRANCISCO\41387\1 198844.000

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611008525
Cashier ID: almaceh
Transaction Date: 07/18/2007
Payer Name: WHEELS OF JUSTICE

PRO HAC VICE
 For: WHEELS OF JUSTICE
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: WHEELS OF JUSTICE
 Case/Party: D-CAN-3-07-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 26981
 Amt Tendered:   $420.00

Total Due:       $420.00
Total Tendered:  $420.00
Change Amt:      $0.00

C07-2990 MEJ

DAVID A FELICE
GEORGE M GOWEN III

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```