1    David A. Felice, Esq. (DE 4090); PA (94639);
     AL (ASB-1232-D55F)
2    COZEN O'CONNOR
     1201 North Market Street
3    Wilmington, DE 19801
     Telephone: 302-295-2011
4    Facsimile: 866-766-8911
     Email: dfelice@cozen.com

5

6    Attorneys for Defendant (pro hac vice)
     PSI CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   FRIENDLYWAY, AG., A German corporation,    )    Case No.: 07-CV-02990-MEJ
                                                )
12                    Plaintiff,                )    **PROOF OF SERVICE**
                                                )
13        vs.                                   )
                                                )
14   PSI CORPORATION, et al.,                   )
                                                )
15                    Defendants.               )
                                                )
16                                              )
                                                )
17   ───────────────────────────────
     ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///
                                1

1

2

### PROOF OF SERVICE

3    I, the undersigned, declare:  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  I am employed in the County of San Francisco, California, in which county the within mentioned service occurred.  My business address is Cozen

4    O'Connor, 425 California Street, Suite 2400, California, CA 94104.

5    On the date set forth below, I served the foregoing document(s) on the parties, through their attorneys of record, addressed as set forth below:

6

7    • **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER GRANTING APPLICATION:  David A. Felice, Esq.;**

8    • **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER GRANTING APPLICATION:  George M. Gowen, Esq.**

9

10    **[XX]    (By First Class Mail)**  I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in the United States mail at San Francisco, California.

11    **SEE ATTACHED SERVICE LIST**

12    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on that

13    same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter

14    date is more than one day after date of deposit for mailing in affidavit.

15    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United

16    States of America and of the State of California that the foregoing is true and correct.

17    Executed July 18, 2007, at San Francisco, California.

18    By: _____

19                   Maria J. Uhl

20

21

22

23

24

25

26

27

28

1

## SERVICE LIST

2  Lawrence A. Weiss, Esq.                    Attorneys for Plaintiff friendlyway Ag, a
                                              German corporation
3  Ryan D. Marsh, Esq.
   Holly B. Baudler
4  Heller Ehrman LLP
   275 Middlefield Road
5  Menlo Park, California 94025-3506
   Telephone: 650/324-7000
6  Facsimile: 650/324-0638
7  Email: Weiss@hellerehrman.com
           Ryan.Marsh@hellerehrman.com
8          Holly.Baudler@hellerehrman.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28