1  Daniel D. Harshman (SBN# 177139)
   Charles E. Wheeler (SBN #82915)
2  COZEN O'CONNOR
3  425 California Street, Suite 2400
   San Francisco, CA 94104
4  Telephone: (415) 617-6100
   Facsimile: (415) 617-6101
5  E-mail: dharshman@cozen.com
            cwheeler@cozen.com
6
7  Attorneys for Defendant
   PSI CORPORATION
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDLYWAY AG, | Case No. C 07-2990 MEJ |
| Plaintiff, | |
| vs. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |
| PSI CORPORATION, et al., | |
| Defendants. | |

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 24, 2007

COZEN O'CONNOR

By: *[signature]*
DANIEL D. HARSHMAN
Attorneys for Defendant
PSI CORPORATION

1

1
2
## PROOF OF SERVICE

3  I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, California, in which county the within mentioned service occurred. My business address is Cozen O'Connor, 425 California Street, Suite 2400, California, CA 94104.

4
5  On the date set forth below, I served the foregoing document(s) on the parties, through their attorneys of record, addressed as set forth below:

6
7  **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

8
9  **[XX]   (By First Class Mail)** I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in the United States mail at San Francisco, California.

10  **SEE ATTACHED SERVICE LIST**

11  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

12
13
14  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

15
16  Executed July 24, 2007, at San Francisco, California.

17                          By: _____
                                  Maria J. Uhl
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

| | |
|---|---|
| Lawrence A. Weiss, Esq.<br>Ryan D. Marsh, Esq.<br>Holly B. Baudler<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, California  94025-3506<br>Telephone:  650/324-7000<br>Facsimile:   650/324-0638<br>Email:  Weiss@hellerehrman.com<br>           Ryan.Marsh@hellerehrman.com<br>           Holly.Baudler@hellerehrman.com | Attorneys for Plaintiff friendlyway Ag, a German corporation |