# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDLYWAY, AG., ) | |
| ) | CASE  NO. C-07-2990  MEJ |
| Plaintiff (s) ) | |
| v. ) | **NOTICE OF IMPENDING** |
| ) | **REASSIGNMENT TO A** |
| ) | **UNITED STATES** |
| PS CORPORATION, et al., ) | **DISTRICT COURT JUDGE** |
| ) | |
| Defendant (s) ) | |
| ) | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__  (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____  (2) One or more of the parties has sought  a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of  all parties, the necessary consents have not been secured, and time is of the essence.

_____  (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby  **VACATED.**

Dated: July 24,  2007

_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk