**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**July 24, 2007**

**CASE NUMBER:  CV 07-02990 MEJ**
**CASE TITLE:  FRIENDLYWAY AG-v-PSI CORPORATION**

<u>REASSIGNMENT ORDER</u>

  GOOD CAUSE APPEARING THEREFOR,

  IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SAMUEL CONTI** for all further proceedings.

  Counsel are instructed that all future filings shall bear the initials **SC** immediately after the case number.

  ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 07/24/07

FOR THE EXECUTIVE COMMITTEE:

_____
        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies    Special Projects
Log Book Noted    Entered in Computer 07/24/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel    Transferor CSA