IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FRIENDLYWAY, AG,**
      Plaintiff(s),

v.

**PSI CORPORATION**
      Defendant(s),
_____/

No. **C-07-2990 SC**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **September 21, 2007 at 10:00 A.M.**. before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    August 1, 2007                           FOR THE COURT,

                                                               Richard W. Wieking, Clerk

                                                               By: <u>T. De Martini</u>
                                                                     Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California