Daniel D. Harshman (SBN# 177139)
Charles E. Wheeler (SBN #82915)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 617-6100
Facsimile: (415) 617-6101
E-mail:   dharshman@cozen.com
          cwheeler@cozen.com

Attorneys for Defendant
PSI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDLYWAY, AG, a German Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PSI CORPORATION, a Nevada corporation f/k/a FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.; and DOES 1 – 20,<br><br>Defendants. | Case No.: C 07-2990-MEJ<br><br>**DEFENDANT PSI CORPORATION'S NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE CONSOLIDATED** |

PLEASE TAKE NOTICE that Defendant PSI Corporation filed an Administrative Motion to Consider whether Cases Should be Considered Related pursuant to Civil L.R. 3-12 & Civil L.R. 7-11. The Administrative Motion was filed in the case of *PSI Corp. v. von Welczek*, case no. C07-02869 SBA, prior to the re-assignment of this action to the Honorable Samuel Conti. A true and correct copy of the Administrative Motion to Consider whether Cases Should be Considered Related is attached hereto as **Exhibit "A."**

Dated: August 1, 2007

COZEN O'CONNOR

By: <u>S/Daniel D. Harshman</u>
Daniel D. Harshman
Attorneys for Defendant
PSI CORPORATION

1

# EXHIBIT "A"

Case 4:07-cv-02990-SBA   Document 14   Filed 08/01/2007   Page 2 of 14

Daniel D. Harshman (SBN# 177139)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 617-6100
Facsimile: (415) 617-6101
E-mail: dharshman@cozen.com

Attorneys for Plaintiff
PSI CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.),<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | Case No. C 07-02869 SBA<br><br>**PLAINTIFF PSI CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE CONSIDER RELATED** |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC.,<br><br>Nominal Defendants. | |

Pursuant to Civil L.R. 7-11, Plaintiff PSI Corporation files this Administrative Motion and moves this Honorable Court to grant its motion and issue an order relating an action recently removed to the United States District Court for the Northern District of California with this action.

///

1

I. THE RELATED ACTION

Plaintiff PSI Corporation recently filed a Notice of Removal on June 8, 2007 in the case captioned, *friendlyway Ag v. PSI Corporation*, Case No. C 07 – 2990 MEJ (hereainfter "Removed Action"). Prior to its removal to this Court, the Removed Action was pending in the Superior Court in and for the County of San Francisco, Case no. CGC-07-462622. The complaint in the Removed Action was filed in Superior Court on or about April 23, 2007 and putatively served on a subsidiary of PSI Corporation on or about May 10, 2007.

II. ADMINISTRATIVE RELIEF REQUESTED

Plaintiff requests that the Court issue an Order that the removed case is related to the instant action pursuant to Civil L.R. 3-12 & 7-11.

III. REASONS ADMINISTRATIVE RELIEF IS SOUGHT

Civil L.R. 3-12(a) defines a related case as one where:
(1) The actions concern substantially the same parties, property, transaction or event; and
(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Civil L.R. 3-12(a).

Whenever a party believes that an action removed to this district may be related to an action pending in this district, that party must file in the earlier filed case an Administrative Motion to Consider Whether Cases Should be Related. Civil L.R. 3-12(b). Plaintiff believes the Removed Action is related to this action because the Removed Action concerns substantially[1] the same common stock issued in the same corporate acquisition that is at issue in this case. Further, there exists the likelihood of conflicting results if the

---

[1] The number of parties/shareholders in this case is larger than the number of shareholders/former shareholders in the Removed Action. The same shares of stock are at issue in both cases although the Removed Action includes additional defendants and, thus, additional shares of stock.

2

PLAINTIFF PSI CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE CONSIDER RELATED
Case No. C 07-02869 SBA

two cases are separately conducted before different judges. In the Removed Action, friendlyway AG seeks to compel Plaintiff to convey or transfer all of the shares allegedly issuable in a Share Exchange Agreement. Whereas, Plaintiff seeks to cancel or rescind the Share Exchange Agreement and further seeks the return of the Plaintiff's stock described in that agreement. If the Removed Action independently proceeded to a judgment, the Removed Action could come into conflict with this action in that one case could direct the enforcement of an agreement that is rescinded by the other court, or by one case directing the conveyance shares that the other directs to be returned. Should the two lawsuits be conducted before different judges, it would pose the likelihood of unduly burdensome duplication of labor and effort concerning discovery and other pre-trial procedures and, further, it would pose the likelihood of conflict results over the same agreement and the same corporate stock.

The administrative remedy of finding the two cases related also fosters judicial economy and efficiency.

IV.    CONCLUSION

For the foregoing reasons and based upon this Administrative Motion and the Supporting Declaration, Plaintiff respectfully requests that the administrative relief herein sought be granted, and that this Court consider this action and the Removed Action as related under Civil L.R. 3-12(a).

Dated: July 12, 2007.                                    COZEN O'CONNOR

                                                         By:    s/Daniel D. Harshman
                                                                Daniel D. Harshman, Esq.
                                                                Attorneys for Plaintiff
                                                                PSI Corporation

SAN_FRANCISCO\41234\1 198844.000

3

PLAINTIFF PSI CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE CONSIDER RELATED
Case No. C 07-02869 SBA

Daniel D. Harshman (SBN# 177139)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 617-6100
Facsimile: (415) 617-6101
E-mail: dharshman@cozen.com

Attorneys for Plaintiff
PSI CORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PSI CORPORATION (f/k/a/ FRIENDLYWAY CORPORATION, f/k/a BIOFARM, INC.),<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER VON WELCZECK, HENRY LO, MICHAEL DRAPER, and FRIENDLYWAY AG,<br><br>Defendants. | Case No. C 07-02869 SBA<br><br>DECLARATION OF DANIEL HARSHMAN IN SUPPORT OF PLAINTIFF PSI CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE CONSIDER RELATED |
| FRIENDLYWAY, INC., KARL JOHANNSMEIER, PACIFIC CAPSOURCE, INC., and DERMA PLUS, INC.,<br><br>Nominal Defendants. | |

I, Daniel D. Harshman, declare:

1. I am an attorney licensed to practice law in the State of California and a member of the bar of this United States District Court. I am counsel of record for Plaintiff PSI Corporation. I have personal knowledge of the facts set forth and if called as a witness could competently testify to the matters set forth in this Declaration.

1

2.     On June 13, 2007, I circulated an e-mail to opposing counsel inquiring whether they might stipulate that this case and the case of *friendlyway AG v. PSI Corp.*, Case no. C07-2990 MEJ were "related" within the meaning of L.R. 3-12 and L.R. 7-1. I discussed the "relatedness" issue with several opposing counsel.

3.     Attorney Weiss, representing Defendant friendlyway AG, advised that his client would not oppose an administrative motion to find the two cases related under the Local Rule.

4.     Attorney Lewis, representing Defendants Henry Lo and Alexander von Welczeck, did not state his position on the relatedness of the two cases.

5.     Attorney Lippenberger, representing Defendant Karl Johannsmeier, has not reached a conclusion whether the two cases may be related.

6.     As of the date of this Declaration, Plaintiff is attempting to serve the Defendant Michael Draper. The Defendant Derma Plus, Inc. has been served but counsel has not yet entered an appearance for Derma Plus, Inc.

7.     Based upon the foregoing, a stipulation among all parties and their counsel regarding "related cases" under Civil L.R. 3-12 is not feasible.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of July, 2007 at San Francisco, California.

s/Daniel D. Harshman
Daniel D. Harshman

SAN_FRANCISCO\41235\1 198844.000

2

DECLARATION OF DANIEL HARSHMAN IN SUPPORT OF PLAINTIFF PSI CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE CONSIDER RELATED
Case No. C 07-02869 EDL

1  Daniel D. Harshman (SBN# 177139)
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, CA 94104
3  Telephone: (415) 617-6100
   Facsimile: (415) 617-6101
4  E-mail: dharshman@cozen.com

5  Attorneys for Plaintiff
   PSI CORPORATION
6

7

8               IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION
10

11 | PSI CORPORATION (f/k/a/ FRIENDLYWAY | Case No. C 07-02869 SBA
   | CORPORATION, f/k/a BIOFARM, INC.),
12 |
   |              Plaintiff,                | [PROPOSED] ORDER GRANTING
13 |      vs.                               | PLAINTIFF PSI CORPORATION'S
   |                                        | ADMINISTRATIVE MOTION THAT
14 | ALEXANDER VON WELCZECK,                | CASES ARE CONSIDER RELATED
   | HENRY LO, MICHAEL DRAPER,
15 | and FRIENDLYWAY AG,
   |
16 |              Defendants.
17 |_____
   |
18 | FRIENDLYWAY, INC., KARL
   | JOHANNSMEIER, PACIFIC CAPSOURCE,
19 | INC., and DERMA PLUS, INC.,
   |
20 |              Nominal Defendants.

21     The administrative motion of Plaintiff PSI Corporation pursuant to Civil L.R. 3-12
22 came before The Honorable Saundra B. Armstrong for consideration. The court having
23 reviewed Plaintiff PSI Corporation's Administrative Motion to Consider Whether Cases
24 Should be Considered Related and the accompanying Declaration of Daniel D. Harshman,
25 good cause appearing therefore,
26

27
                                          1
28

1
2
3
4   The court finds that the case of *friendlyway Ag v. PSI Corporation*, Case No. C 07 – 2990 MEJ is related to this case because the two actions concern substantially the same property and/or transaction within the meaning of L.R. 3-12(a). Accordingly, Plaintiff's Administration Motion is GRANTED.

5
6   IT IS HEREBY ORDERED that the two actions are related within the meaning of L.R. 3-12(a).
7

8   Dated: _____          _____
9                                    The Honorable Saundra B. Armstrong
                                     United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER GRANTING PLAINTIFF PSI CORPORATION'S ADMINISTRATIVE
MOTION THAT CASES ARE CONSIDER RELATED
Case No. C 07-02869 SBA

1  Daniel D. Harshman (SBN# 177139)
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, CA 94104
3  Telephone: (415) 617-6100
   Facsimile: (415) 617-6101
4  E-mail: dharshman@cozen.com

5  Attorneys for Plaintiff
   PSI CORPORATION
6

7

8         IN THE UNITED STATES DISTRICT COURT
9       FOR THE NORTHERN DISTRICT OF CALIFORNIA
              OAKLAND DIVISION
10

11 | PSI CORPORATION (f/k/a/ FRIENDLYWAY | Case No. C 07-02869 SBA
   | CORPORATION, f/k/a BIOFARM, INC.),   |
12 |                                       |
   |           Plaintiff,                  | PROOF OF SERVICE
13 |     vs.                               |
14 | ALEXANDER VON WELCZECK,               |
   | HENRY LO, MICHAEL DRAPER,             |
15 | and FRIENDLYWAY AG,                   |
16 |           Defendants.                 |
17 |---------------------------------------|
18 | FRIENDLYWAY, INC., KARL               |
   | JOHANNSMEIER, PACIFIC CAPSOURCE,      |
19 | INC., and DERMA PLUS, INC.,           |
20 |           Nominal Defendants.         |

21  ///

22

23  ///

24
    ///
25

26  ///

27

28                                1

## PROOF OF SERVICE

I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, California, in which county the within mentioned service occurred. My business address is Cozen O'Connor, 425 California Street, Suite 2400, California, CA 94104.

On the date set forth below, I served the foregoing document(s) on the parties, through their attorneys of record, addressed as set forth below:

- **Plaintiff PSI Corporation's Administrative Motion to Consider Whether Cases Should be Considered Related;**

- **Declaration of Daniel D. Harshman in Support of Motion to Consider Whether Cases Should be Considered Related;**

- **[Proposed] Order Granting Plaintiff PSI Corporation's Administrative Motion that Cases are Deemed Related.**

[XX]   **(By First Class Mail)** I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in the United States mail at San Francisco, California.

[ ]   **(By Facsimile)** I caused each individual on the attached list to be served via facsimile to the numbers indicated on the attached Service List.

[ ]   **(By Personal Service)** I caused each such envelope, with courier charges prepaid, if applicable, to be personally delivered by messenger and/or in-house messenger to the offices of each addressee.

[ ]   **(By Federal Express/UPS)** I caused each such envelope, with shipping charges fully prepaid, to be delivered to a Federal Express/UPS pick up box at San Francisco, California for next business day delivery.

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed July 2, 2007, at San Francisco, California.

By: _____
    Maria J. Uhl

## SERVICE LIST

| | |
|---|---|
| Lawrence A. Weiss, Esq.<br>Ryan D. Marsh, Esq.<br>Holly B. Baudler<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, California 94025-3506<br>Telephone: 650/324-7000<br>Facsimile: 650/324-0638<br>Email: Weiss@hellerehrman.com<br>       Ryan.Marsh@hellerehrman.com<br>       Holly.Baudler@hellerehrman.com | Attorneys for Defendant<br>friendlyway AG<br><br>**Service via E-Filing Program** |
| Harry G. Lewis, Esq<br>Brian V. Donnelly, Esq.<br>Cornestone Law Corp.<br>595 Market Street, Suite 2360<br>San Francisco, California 94105<br>Telephone: 415/974-1900<br>Facsimile: 415/974-6433 | Attorneys for Defendants<br>Alexander von Welczeck and<br>Henry Lo<br><br>**Service via E-Filing Program** |
| Carl Lippenberger, Esq.<br>Lippenberger, Thompson, Welch, Soroko & Gil<br>235 Pine Street, Suite 1300<br>San Francisco, California 94104-2733<br>Telephone: 415/262-1200<br>Facsimile: 415/262-1212 | Attorneys for Nominal Defendant<br>Karl Johannsmeier<br><br>**Service via E-Filing Program** |

Michael Draper
405 – 12th Avenue
San Francisco, California 94118

Dermaplus, Inc.
c/o Michael Draper
405 – 12th Avenue
San Francisco, California 94118

Pacific Capsource, Inc.
1110 Salem Rose Court
Las Vegas, NV 89144

## PROOF OF SERVICE

I, the undersigned, declare: I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, California, in which county the within mentioned service occurred. My business address is Cozen O'Connor, 425 California Street, Suite 2400, California, CA 94104.

On the date set forth below, I served the foregoing document(s) on the parties, through their attorneys of record, addressed as set forth below:

**DEFENDANT PSI CORPORATION'S NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE CONSOLIDATED**

[ ]    **(First Class Mail)** I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in the United States mail at San Francisco, California.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed Aug. 1, 2007, at San Francisco, California.

By: _____
Maria J. Uhl

## SERVICE LIST

| | |
|---|---|
| Lawrence A. Weiss, Esq.<br>Ryan D. Marsh, Esq.<br>Holly B. Baudler<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, California  94025-3506<br>Telephone:  650/324-7000<br>Facsimile:   650/324-0638<br>Email:  Weiss@hellerehrman.com<br>           Ryan.Marsh@hellerehrman.com<br>           Holly.Baudler@hellerehrman.com | Attorneys for Plaintiff<br>friendlyway AG<br><br>**Service via E-Filing Program** |