1  David A Felice (DE 4090); PA (94639);
   AL (ASB-1232-D55F)
2  COZEN O'CONNOR
   1201 North Market Street
3  Wilmington, Delaware  19801
   Telephone: 302.295.2011
4  Facsimile: 866.776.8911
   Email: dfelice@cozen.com
5
   Attorneys for Plaintiff (*pro hac vice*)
6  PSI CORPORATION

*[Stamp: RECEIVED JUL 18 AM 11:20 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: FILED AUG – 1 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

7
8               UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA

10
11  FRIENDLYWAY, AG., a German corporation       Case No.: 3:07-CV-02990-~~MEJ~~ SC

12           Plaintiffs,                         ~~(Proposed)~~
                                                 ORDER GRANTING APPLICATION FOR
13      vs.                                      ADMISSION OF ATTORNEY PRO HAC
                                                 VICE
14  PSI CORPORATION, A Nevada corporation
    f/k/a FRIENDLYWAY CORPORATION f/k/a
15  BIOFARM, INC.; and DOES 1-20,

16           Defendants.

17       David A. Felice, an active member in good standing of the bars of the States of Delaware

18  and Alabama and the Commonwealth of Pennsylvania, whose business address and telephone

19  number is Cozen O'Connor, 1201 North Market Street, Wilmington, Delaware, 19801, telephone

20  number 302.295.2011, having applied in the above-entitled action for admission to practice in the

21  Northern District of California on a *pro hac vice* basis, representing PSI Corporation,

22       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

23  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac

24  vice. Service of papers upon and communication with co-counsel designated in the application will

25  constitute notice to the party. All future filings in this action are subject to the requirements

26  contained in General Order No. 45, *Electronic Case Filing*.

27  DATED: ~~July~~ Aug 1, 2007                  _____
28  SAN_FRANCISCO\41219\1  198844.000            United States District/~~Magistrate~~ Judge

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
1