1  George M. Gowen III (PA # 83210)
   COZEN O'CONNOR
2  1900 Market Street
   Philadelphia, PA  19103
3  Telephone: 215.665.2781
   Facsimile: 215.701.2028
4  Email:  ggowen@cozen.com

5  Attorneys for Plaintiff (*pro hac vice*)
   PSI CORPORATION

*RECEIVED*
*07 JUL 18 AM 11:20*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**FILED**
AUG - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDLYWAY, AG., a German corporation<br><br>Plaintiffs,<br><br>vs.<br><br>PSI CORPORATION, A Nevada corporation f/k/a FRIENDLYWAY CORPORATION f/k/a BIOFARM, INC.; and DOES 1-20,<br><br>Defendants. | Case No.: 3:07-CV-02990-~~MEJ~~ SC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

George M. Gowen III, an active member in good standing of the bar of the Commonwealth of Pennsylvania, whose business address and telephone number is Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103, telephone number 215.665.2781, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PSI Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: ~~July~~ Aug 1, 2007

_____
United States District/~~Magistrate~~ Judge

SAN_FRANCISCO\41385\1 198844.00

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
1