```
1  LAURENCE A WEISS (Bar No. 164638)
   RYAN D. MARSH (Bar No. 237259)
2  HELLER EHRMAN LLP
   275 Middlefield Road
3  Menlo Park, California 94025-3506
   Telephone: (650) 324-7000
4  Facsimile: (650) 324-0638
   Laurence.Weiss@hellerehrman.com
5  Ryan.Marsh@hellerehrman.com

6  Attorneys for Plaintiff and Counterclaim Defendant
   friendlyway AG
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FRIENDLYWAY AG,<br><br>        Plaintiff,<br><br>v.<br><br>PSI CORPORATION, et al.,<br><br>        Defendants.<br><br>PSI CORPORATION,<br><br>        Counterclaimant,<br><br>v.<br><br>FRIENDLYWAY AG,<br><br>        Counterclaim Defendant. | Case No. 07-02990 SBA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT FRIENDLYWAY AG TO ANSWER, MOVE OR OTHERWISE RESPOND TO COUNTERCLAIM** |

WHEREAS plaintiff and counterclaim defendant friendlyway AG filed its Complaint in the Superior Court of the State of California in and for the County of San Francisco; and

WHEREAS defendant and counterclaimant PSI Corporation filed a Notice of Removal of that action; and

1

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT FRIENDLYWAY AG TO RESPOND TO COUNTERCLAIM - CASE NO. 07-02990 SBA

1  WHEREAS defendant and counterclaimant PSI Corporation filed its Answer, Affirmative Defenses and Counterclaim on June 19, 2007, and on that date served friendlyway AG by mail and via the Court's ECF system; and

WHEREAS on July 11, 2007, the parties stipulated to extend the time for friendlyway AG to answer, move or otherwise respond to the Counterclaim until August 21, 2007; and

WHEREAS on August 2, 2007, this Court issued an order finding this case related to the case captioned *PSI Corporation v. Welczeck et al.*, C 07-02869 SBA and reassigning the case to this Court; and

WHEREAS the parties have agreed to extend further the time by which friendlyway AG shall answer, move or otherwise respond to the Counterclaim; and

WHEREAS the parties' agreement does not alter the date of any event or any deadline already fixed by Court order;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that plaintiff and counterclaim defendant friendlyway AG shall have through and including September 7, 2007 to answer, move or otherwise respond to the Counterclaim.

DATED: August 14, 2007        HELLER EHRMAN LLP

                              By _Laurence A. Weiss (RDM)_
                              LAURENCE A. WEISS

                              Attorneys for Plaintiff and Counterclaim Defendant
                              friendlyway AG

DATED: August 10, 2007        COZEN O'CONNOR

                              By _Daniel D. H._
                              DANIEL D. HARSHMAN

                              Attorneys for Defendant and Counterclaimant
                              PSI Corporation