1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Friendlyway AG,<br><br>                Plaintiff(s),<br><br>   v.<br><br>PSI Corporation,<br><br>                Defendant(s). | 07-02990 SBA<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: September 6, 2007

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-02990 SBA                              -2-

PROOF OF SERVICE

Case Name:     Friendlyway AG v. PSI Corporation

Case Number:   07-02990 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 6, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Laurence Andrew Weiss
> Heller, Ehrman, White & McAuliffe LLP
> 333 Bush Street
> San Francisco, CA 94104-2878
> lweiss@hewm.com

> Holly B Baudler
> Heller Ehrman
> 275 Middlefield Rd
> Menlo Park, CA 94025

> Charles Wheeler
> Cozen O'Connor
> 425 California Street, Suite 2400
> San Francisco, CA 94104

> Daniel D. Harshman
> Cozen O'Connor
> 425 California Street
> Suite 2400
> San Francisco, CA 94104-2215

dharshman@cozen.com

David A. Felice
Cozen O'Connor
1201 North Market Street
Suite 1400
Wilmington, DE 19801
dfelice@cozen.com

George M. Gowen III
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
ggowen@cozen.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 6, 2007 in San Francisco, California.

                                                   RICHARD W. WIEKING
                                                 Clerk
                                                 by:   Timothy J. Smagacz

                                                 */s/ Timothy Smagacz*
                                                 ADR Administrative Assistant
                                                 415-522-4205
                                                 Tim_Smagacz@cand.uscourts.gov