```
 1  LAURENCE A WEISS (Bar No. 164638)
    RYAN D. MARSH (Bar No. 237259)
 2  HELLER EHRMAN LLP
    275 Middlefield Road
 3  Menlo Park, California 94025-3506
    Telephone: (650) 324-7000
 4  Facsimile: (650) 324-0638
    Laurence.Weiss@hellerehrman.com
 5  Ryan.Marsh@hellerehrman.com

 6  Attorneys for Plaintiff and Counterclaim Defendant
    friendlyway AG
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRIENDLYWAY AG,<br><br>        Plaintiff,<br><br>v.<br><br>PSI CORPORATION, et al.,<br><br>        Defendants. | Case No. 07-02990 SBA<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT FRIENDLYWAY AG TO ANSWER, MOVE OR OTHERWISE RESPOND TO COUNTERCLAIM** |
| PSI CORPORATION,<br><br>        Counterclaimant,<br><br>v.<br><br>FRIENDLYWAY AG,<br><br>        Counterclaim Defendant. | |

      WHEREAS plaintiff and counterclaim defendant friendlyway AG filed its Complaint in the Superior Court of the State of California in and for the County of San Francisco; and

      WHEREAS defendant and counterclaimant PSI Corporation filed a Notice of Removal of that action; and

1

1     WHEREAS defendant and counterclaimant PSI Corporation filed its Answer, Affirmative Defenses and Counterclaim on June 19, 2007, and on that date served friendlyway AG by mail and via the Court's ECF system; and

    WHEREAS on July 11, 2007, the parties stipulated to extend the time for friendlyway AG to answer, move or otherwise respond to the Counterclaim until August 21, 2007; and

    WHEREAS on August 2, 2007, this Court issued an order finding this case related to the case captioned *PSI Corporation v. Welczeck et al.*, C 07-02869 SBA and reassigning the case to this Court; and

    WHEREAS on August 14, 2007, the parties stipulated to extend further the time for friendlyway AG to answer, move or otherwise respond to the Counterclaim until September 7, 2007; and

    WHEREAS the parties have agreed to extend further the time by which friendlyway AG shall answer, move or otherwise respond to the Counterclaim; and

    WHEREAS the parties' agreement does not alter the date of any event or any deadline already fixed by Court order;

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that plaintiff and counterclaim defendant friendlyway AG shall have through and including September 28, 2007 to answer, move or otherwise respond to the Counterclaim.

DATED: August 30, 2007

HELLER EHRMAN LLP

By _____
LAURENCE A. WEISS

Attorneys for Plaintiff and Counterclaim Defendant
friendlyway AG

2

| | |
|---|---|
| 1  DATED: August 30, 2007 | COZEN O'CONNOR |
| 2 | |
| 3 | By /s/ Daniel D. Harshman |
| 4 | DANIEL D. HARSHMAN |
| 5 | Attorneys for Defendant and Counterclaimant PSI Corporation |

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT FRIENDLYWAY AG TO RESPOND TO COUNTERCLAIM - CASE NO. 07-02990 SBA