LAURENCE A WEISS (Bar No. 164638)
RYAN D. MARSH (Bar No. 237259)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: Laurence.Weiss@hellerehrman.com
        Ryan.Marsh@hellerehrman.com

Attorneys for Plaintiff and Counterclaim Defendant
friendlyway AG

DANIEL D. HARSHMAN (Bar No. 177139)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 617-6100
Facsimile: (415) 617-6101
E-mail: dharshman@cozen.com

Attorneys for Defendant and Counterclaimant
PSI Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRIENDLYWAY AG,<br><br>          Plaintiff,<br><br>    v.<br><br>PSI CORPORATION, et al.,<br><br>          Defendants. | Case No. 07-02990 SBA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| PSI CORPORATION,<br><br>          Counterclaimant,<br><br>    v.<br><br>FRIENDLYWAY AG,<br><br>          Counterclaim Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff and counterclaim defendant friendlyway AG and defendant and counterclaimant PSI Corporation, through their respective counsel of record, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action, including without limitation all claims and counterclaims that were or could have been asserted herein, shall be, and hereby is, dismissed with prejudice; each party to bear its own costs, expenses and attorney's fees incurred herein.

DATED: September 18, 2007  HELLER EHRMAN LLP

By _____
LAURENCE A. WEISS

Attorneys for Plaintiff and Counterclaim Defendant
friendlyway AG

DATED: September 18, 2007  COZEN O'CONNOR

By _____
DANIEL D. HARSHMAN

Attorneys for Defendant and Counterclaimant
PSI Corporation

IT IS SO ORDERED.

DATED: _____

By _____
Saundra Brown Armstrong
United States District Judge