LAURENCE A WEISS (Bar No. 164638)
RYAN D. MARSH (Bar No. 237259)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-mail: Laurence.Weiss@hellerehrman.com
          Ryan.Marsh@hellerehrman.com

Attorneys for Plaintiff and Counterclaim Defendant
friendlyway AG

DANIEL D. HARSHMAN (Bar No. 177139)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, CA  94104
Telephone:  (415) 617-6100
Facsimile: (415) 617-6101
E-mail: dharshman@cozen.com

Attorneys for Defendant and Counterclaimant
PSI Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FRIENDLYWAY AG,<br><br>              Plaintiff,<br><br>   v.<br><br>PSI CORPORATION, et al.,<br><br>              Defendants. | Case No. 07-02990 SBA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| PSI CORPORATION,<br><br>          Counterclaimant,<br><br>   v.<br><br>FRIENDLYWAY AG,<br><br>          Counterclaim Defendant. | |

1    IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff and

2  counterclaim defendant friendlyway AG and defendant and counterclaimant PSI

3  Corporation, through their respective counsel of record, pursuant to Rule 41(a) of the

4  Federal Rules of Civil Procedure, that the above-captioned action, including without

5  limitation all claims and counterclaims that were or could have been asserted herein, shall

6  be, and hereby is, dismissed with prejudice; each party to bear its own costs, expenses and

7  attorney's fees incurred herein.

8
9  DATED: September 18, 2007        HELLER EHRMAN LLP

10                                  By _____
11                                     LAURENCE A. WEISS

12                                  Attorneys for Plaintiff and Counterclaim Defendant
13                                  friendlyway AG

14  DATED: September 18, 2007        COZEN O'CONNOR

15
16                                  By _____
17                                     DANIEL D. HARSHMAN

18                                  Attorneys for Defendant and Counterclaimant
19                                  PSI Corporation

20
21  IT IS SO ORDERED.

22  DATED: 6/2/08

23
24                                  By _____
                                       Saundra Brown Armstrong
25                                     United States District Judge

26
27
28

                                           1
STIPULATION OF DISMISSAL WITH PREJUDICE - CASE NO. 07-02990 SBA